**STATE of Missouri, Respondent,**

v.

**Orville Lee GRIMES, Jr., Appellant.**

**No. WD 34728.**

Missouri Court of Appeals,
Western District.

April 3, 1984.

Victor C. Howard, Liberty, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Dan Crawford, Asst. Atty. Gen., for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

**ORDER**

PER CURIAM.

Appeal from conviction for stealing and four-year sentence.

Judgment and conviction affirmed. Rule 30.25(b).

■

**James Gilbert SPICER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34748.**

Missouri Court of Appeals,
Western District.

April 3, 1984.

Karl L. Madden, Jr., Moberly, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Rebbecca Lake Overman, Sp. Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

**ORDER**

PER CURIAM.

Appeal from the denial of a Rule 27.26 motion to vacate judgment and sentence.

Judgment affirmed. Rule 84.16(b).